**UNITED STATES of America,**
**Appellee,**

v.

**Akiem LUKE, also known as Ox,**
**Defendant–Appellant.**

No. 10–5214–cr.

United States Court of Appeals,
Second Circuit.

Oct. 25, 2012.

Christopher D. Frey, Assistant United States Attorney, S.D.N.Y., (Preet Bharara, United States Attorney; Katherine Polk Failla, Assistant United States Attorney, on the brief), New York, NY for Appellee.

Arza Feldman, Feldman and Feldman, Uniondale, NY, for Appellant.

Present: PIERRE N. LEVAL,
ROSEMARY S. POOLER,
BARRINGTON D. PARKER., Circuit Judges.

### SUMMARY ORDER

Akiem Luke appeals from the mandatory minimum sentence of 120 months imposed by the district court on December 15, 2010. We assume the parties' familiarity with the underlying facts, procedural history, and specification of issues for review.

In *Dorsey v. United States,* —— U.S. ——, 132 S.Ct. 2321, 183 L.Ed.2d 250 (2012), the Supreme Court concluded that the revised mandatory minimum sentences of the Fair Sentencing Act of 2010, Pub. L. No. 111–220, § 2, 124 Stat. 2372 ("FSA") applied to individuals who had committed their offense prior to the passage of the Act but were not sentenced until after the August 3, 2010 enactment date. We have recognized that *Dorsey* abrogates our earlier decision in *United States v. Acoff,* 634 F.3d 200 (2d Cir.2011), which had held that the more lenient mandatory minimums only applied to offenders who committed their offense after the August 3, 2010 enactment date. *United States v. Highsmith,* 688 F.3d 74, 75 (2d Cir.2012).

The application of *Dorsey* in this case requires that we vacate Luke's sentence and remand to the district court for re-

sentencing consistent with the FSA. *See Highsmith,* 688 F.3d at 77.

Accordingly, the sentence imposed by the district court hereby is VACATED and the case is REMANDED for re-sentencing.